**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **B.J. Smith, et al,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:23-cv-00277- UNA |
| | ) | |
| **Highland Community College, et al** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The above styled and numbered case was filed on March 6th, 2023 and opened as a new civil proceeding with a civil case number.

After a review of the case, it was determined that the case should have been opened as a miscellaneous proceeding and assigned a miscellaneous case number.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is opened as a miscellaneous proceeding and randomly assigned to the Honorable Ronnie L. White, United States District Judge, under cause number 4:23-mc-00218-RLW.

**IT IS FURTHER ORDERED** that cause number 4:23-cv-00277-UNA be administratively closed.

GREGORY J. LINHARES

CLERK OF COURT

Dated: 03/06/2023             By: Jason W. Dockery
                                                          Case Initiation Team Leader

**In all future documents filed with the Court, please use the following case number 4:23-mc-00218-RLW.**